IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02679-WYD-CBS

CONSTANTINOS EMMANUEL,

      Plaintiff,

v.

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Stipulated Expedited Motion for Expedited Entry of Protective Order (filed April 27, 2006; *doc. no. 11*) is **GRANTED**.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**      April 27, 2006