IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02679-WYD-CBS

CONSTANTINOS EMMANUEL,

    Plaintiff,

v.

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

    THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss All Claims with Prejudice [# 15], filed May 18, 2006.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that Plaintiff's Unopposed Motion to Dismiss All Claims with Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney's fees.

    Dated:  May 22, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge